COMMONWEALTH of Pennsylvania,
Respondent

v.

Tyrell Taylor HINES, Petitioner

No. 610 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

John E. SKOPINSKI, Petitioner

No. 534 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony Shondell HASKINS, Petitioner

No. 579 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.